## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| COMMONWEALTH OF PENNSYLVANIA, | : No. 393 EAL 2014 |
|---|---|
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| KORAN ALLEN, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.